■ In the Matter of VILLAGE OF ORISKANY FALLS et al., Respondents, v COUNTY OF ONEIDA et al., Appellants. [698 NYS2d 209] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murad, J. (Appeal

from Judgment of Supreme Court, Oneida County, Murad, J.—
CPLR art 78.) Present—Pine, J. P., Wisner, Pigott, Jr., Hurl-
butt and Scudder, JJ.